

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00146-CV

**BITE ENTERTAINMENT, LLC** d/b/a Urban Air South San Antonio;
UATP Management, LLC d/b/a Urban Air Adventure Parks; UATP IP, LLC;
UA Attractions, LLC; and Allen Van Brocklin,
Appellants

v.

Jason Rene **TREVIÑO** Jr. and Cassandra Nicole Lara,
Individually and as Next Friends of J.T., a Minor,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI18492
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We LIFT our May 8, 2023 stay of discovery effective TEN DAYS after the date of this opinion and judgment. Appellees' motion for sanctions is DENIED. All other pending requests for relief not expressly granted herein are DENIED. We tax costs of court against Appellants.

SIGNED April 3, 2024.

_____
Patricia O. Alvarez, Justice